

**NUMBER 13-07-00499-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

JUAN A. PORRAS,                                                    Appellant,

v.

LARRY WARNER,                                                    Appellee.

---

**On Appeal from the 107th District Court
of Cameron County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

Appellant, Juan A. Porras, perfected an appeal from a judgment rendered against him in favor of appellee, Larry Warner, in a legal malpractice action.   On September 7, 2007, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on August 27, 2007, and that the deputy district clerk, Laura Cisneros,

had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* Tex. R. App. P. 37.3, 42.3(b),(c).

Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution. Appellant failed to respond to the Court's notice, and has further failed to make arrangements to pay for the reporter's record in this cause..

The Court, having considered the documents on file, is of the opinion that the appeal should be dismissed. *See id.* 37.3(b), 42.3(b),(c).

Accordingly, the appeal is DISMISSED.


PER CURIAM


Memorandum Opinion delivered
and filed this the 10th day of April, 2008.